IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

WILLIAM VESSELL,

    Plaintiff,

v.

ROBERT TOOLE, Warden; RONNIE SHUEMAKE, CERT Supervisor; Officer LONDON, CERT Officer; and Officer COLLIE, CERT Officer,

    Defendants.

CIVIL ACTION NO.: CV614-078

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's complaint is **DISMISSED** based on his failure to state factual allegations against the named Defendants. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment.

**SO ORDERED**, this ___ day of _Nov_, 2014.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)